UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE M. HINDS,

    Plaintiff,                                      Case No. 1:06-cv-852

v.                                                HON. JANET T. NEFF

MICHAEL CHERTOFF, Secretary,
U.S. Department of Homeland Security

    Defendant.
_____/

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss and Motion for Summary Judgment (Dkt. 20) is **GRANTED**.

DATED: February 6, 2008              /s/ Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge